

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01033-CV

**Gonzalo Sosa**

v.

**Julio Garcia**

NO. 1036389 IN THE CO CIVIL CT AT LAW NO 1 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 05/20/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 01/23/2014 | E-PAID | ANT |
| CLK RECORD | $53.00 | 12/26/2013 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/23/2013 | PAID | ANT |
| FILING | $175.00 | 12/23/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $273.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 24, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**